UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | **CASE NO. 05CR0436-02-JM** |
| ) | |
| Plaintiff, ) | **ORDER GRANTING** |
| v.  ) | **JOINT MOTION TO CONTINUE** |
| ) | **STATUS HEARING** |
| MARIA DEL CARMEN PEDROARENA,  ) | [Docket No.134] |
| ) | |
| Defendant ) | |
| _____ ) | |

Upon the joint motion of the parties (Docket No. 134) and for good cause appearing therefore:

IT IS HEREBY ORDERED that the presently set Status Hearing scheduled for January 30, 2009 at 9:00 a.m. be and hereby is continued to *April 24, 2009 at 9:00 a.m.* as to Defendant Maria del Carmen Pedroarena.

IT IS SO ORDERED.

DATED: January 29, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge